UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              -against-<br><br>HASSAN HUBBARD,<br>                              Defendant. | 25-cr-308 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court has been advised that the Defendant may want to enter a change of plea. The status conference currently scheduled for Thursday, September 25, 2025, at 10:00 AM will now be a change of plea proceeding.

SO ORDERED.

Dated: September 17, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge