UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HASSAN HUBBARD,<br>a/k/a "Born,"<br><br>Defendant. | **SUPERSEDING INFORMATION**<br><br>S2 25 Cr. 308 (AS) |

### COUNT ONE
(Trafficking in Firearms)

The United States Attorney charges:

1.      Between at least in or about March 2024 through at least in or about May 2024, in the Southern District of New York and elsewhere, HASSAN HUBBARD, a/k/a "Born," the defendant, received from another person a firearm in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the receipt would constitute a felony defined in Title 18, United States Code, Section 932(a), and aided and abetted the same, to wit, HUBBARD obtained and then sold more than a dozen firearms to an undercover law enforcement officer over the course of multiple transactions.

(Title 18, United States Code, Sections 933(a)(2) and 2.)

### FORFEITURE ALLEGATION

2.      As a result of committing the offense alleged in Count One of this Information, HASSAN HUBBARD, a/k/a "Born," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offense, including but not limited to:

  a. A 9mm-caliber Hi-Point firearm, serial number P1999862;

  b. A Mossberg .22-caliber firearm, model 715P, serial number defaced, NYPD lead seal number 733756;

  c. 139 .22-caliber cartridges;

  d. Eight 9mm cartridges;

  e. A Hi-Point magazine and a .22-caliber magazine;

  f. A .45-caliber Springfield firearm, serial number XS520228;

  g. A .357-caliber Uberti firearm, model El Patron 357, serial number UR4466;

  h. An ER Amantino 12-gauge shotgun, model "Double Defense," serial number A041119-11;

  i. Two 6.5mm-caliber long guns, no serial numbers, with NYPD lead seal numbers 733755 and 733771;

  j. A .223-caliber Aero Precision, model X15 Carbine semi-automatic rifle, serial number defaced;

  k. Six .357-caliber cartridges;

  l. 42 12-gauge shotgun cartridges;

  m. 14 Winchester .45-caliber cartridges;

  n. 480 6.55mm cartridges;

  o. Four Remington/Winchester 12G cartridges;

  p. Three Springfield Armory magazines;

  q. An ASC magazine;

  r. A .223-caliber Aero Precision X15 firearm, with no serial number, NYPD seal number 733737;

      s.      A 9mm-caliber Hi-Point firearm, model C9, serial number P1313100, with a Hi-Point magazine;

      t.      A 9mm-caliber Taurus firearm, model G3C, serial number ADM034588, with a Taurus magazine;

      u.      A 9mm-Springfield Armory firearm, serial number BA138835, with a Springfield Armory magazine;

      v.      A .25-caliber Raven firearm, model P-25, serial number 388100, with a Raven magazine;

      w.      168 rounds of .223-caliber cartridges;

      x.      One Grendel 6.5mm-caliber cartridge;

      y.      Two .25-caliber cartridges;

      z.      Three PMAG magazines;

      aa.      One Hexmag magazine;

      bb.      One Thermold magazine;

      cc.      One Promag 5.56-millimeter caliber drum magazine;

      dd.      A privately manufactured 9mm-caliber firearm with a Taurus upper receiver, no serial number, NYPD lead seal number 733740, with a PT III Pro Cal magazine; and

      ee.      Ten 9-millimeter cartridges.

## Substitute Assets Provision

3.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

   c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

        (Title 18, United States Code, Section 924;
        Title 21, United States Code, Section 853; and
        Title 28, United States Code, Section 2461.)

                       *[signature]*
                       JAY CLAYTON
                       United States Attorney