UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **FINAL ORDER OF FORFEITURE** |
| -v.- | : | S2 25 Cr. 308 (AS) |
| HASSAN HUBBARD, a/k/a "Born," | : | |
| Defendant. | : | |

WHEREAS, on or about January 9, 2026, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 18), which ordered the forfeiture to the United States of all right, title and interest of HASSAN HUBBARD (the "Defendant") in, *inter alia*, the following property that was seized by the Government between March 29, 2024, and May 24, 2024, from the vicinity of West 170th Street and Ogden Avene in the Bronx, New York:

a. A 9mm-caliber Hi-Point firearm, serial number P1999862;

b. A Mossberg .22-caliber firearm, model 715P, serial number defaced, NYPD lead seal number 733756;

c. 139 .22-caliber cartridges;

d. Eight 9mm cartridges;

e. A Hi-Point magazine and a .22-caliber magazine;

f. A .45-caliber Springfield firearm, serial number XS520228;

g. A .357-caliber Uberti firearm, model EL Patron 357, serial number UR4466;

h. An ER Amantino 12-gauge shotgun, model "Double Defense," serial number A041119-11;

i. Two 6.5mm-caliber long guns, no serial numbers, with NYPD lead seal numbers 733755 and 733771;

j. Six .357-caliber cartridges;

k. 42 12-guage shotgun cartridges;

l. 14 Winchester .45-caliber cartridges;

m. 480 6.55mm cartridges;

n. Four Remington/Winchester 12G cartridges;

o. Three Springfield Armory magazines;

p. An ASC magazine;

q. A .223-caliber Aero Precision X15 firearm, with no serial number, NYPD seal number 733737;

r. A 9-mm caliber Hi-Point firearm, model C9, serial number P1313100, with a Hi-Point magazine;

s. A 9-mm caliber Taurus firearm, model G3C, serial number ADM034588, with a Taurus magazine;

t. 168 rounds of .223-caliber cartridges;

u. One Grendel 6.5mm-caliber cartridge;

v. Two .25-caliber cartridges;

w. Three PMAG magazines;

x. One Hexmag magazine;

y. One Thermold magazine;

z. One Promag 5.56-millimeter caliber drum magazine;

aa. A privately manufactured 9mm-caliber firearm with a Taurus upper receiver, no serial number, NYPD lead seal number 733740, with a PT III Pro Cal magazine;

bb. Ten 9-millimeter cartridges;

cc. A 9-mm Springfield Armory firearm, with serial number BA138835, with a Springfield Armory magazine (the "Springfield Firearm"); and

dd. A .25-caliber Raven firearm, model P-25, serial number 388100, with a Raven machine (the "Raven Firearm");

(a. through bb., collectively, the "Subject Property");

WHEREAS, following the entry of the Preliminary Order of Forfeiture, the Government identified a typographical error in (i) the description of the Springfield Firearm in that it listed a serial number of "BA138835," when it should be "BA13883," and (ii) the Raven Firearm in that it listed "Raven machine," when it have listed "Raven magazine";

WHEREAS, the Springfield Firearm and the Raven Firearm should be more particularly described as the following:

a. A 9-mm Springfield Armory firearm, with serial number BA13883, with a Springfield Armory magazine; and

b. A .25-caliber Raven firearm, model P-25, serial number 388100, with a Raven magazine

(a. and b., together, the "Corrected Property", together with Subject Property, the "Forfeited Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Forfeited Property, and the requirement that any person asserting a legal interest in the Forfeited Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Forfeited Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Forfeited Property before the United States can have clear title to the Forfeited Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Forfeited Property was posted on an official government internet site (www.forfeiture.gov) beginning on June 3, 2026, for thirty (30) consecutive days, through July 2, 2026, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court;

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Forfeited Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Forfeited Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Forfeited Property, is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeited Property.

3. The United States Marshals Service (or its designee) shall take possession of the Forfeited Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
August 17, 2026

SO ORDERED:

HONORABLE ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE